IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA M. CRADER                                                                                    PLAINTIFF

V.                              CASE NO. 3:17-cv-00338-JM

CITY OF PIGGOTT, ARKANSAS
MICHAEL THOMPSON, INDIVIDUALLY
AND IN HIS CAPACITY OF A POLICE OFFICER
FOR THE CITY OF PIGGOTT, ARKANSAS                                           DEFENDANTS

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: June 24, 2019

_____
Honorable James M. Moody, Jr.